UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00052-RLH-LRL |
| Plaintiff, ) | **O R D E R** |
| vs. ) | (Motion to Dismiss–18; |
| ) | Motion to Dismiss–#31; |
| TERRENCE FIDDLER, ) | Report and Recommendation–#43) |
| Defendant. ) | |

Before this Court is the Report and Recommendation of the United States Magistrate Judge (#43), entered by the Honorable Lawrence R. Leavitt regarding Defendant Terrence Fiddler's Motion to Dismiss Count One of the Indictment (#18, filed Aug. 20, 2010) and Fiddler's Motion to Dismiss Counts Two and Four of the Superseding Indictment (#31, filed Nov. 18, 2010). An objection (#44) was filed to Magistrate Judge Leavitt's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government's Opposition to Objection (#45) was filed April 14, 2011, 2010, and Fiddler's Reply (#47) was filed on April 25, 2011. This matter was referred to the undersigned for consideration.

AO 72
(Rev. 8/82)

1  The Court has conducted a *de novo* review of the record in this case in accordance
2  with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and
3  Recommendation of Magistrate Judge Leavitt should be accepted and adopted.
4  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
5  Recommendation entered March 11, 2011 (#43) is ACCEPTED and ADOPTED, and Fiddler's
6  Motions to Dismiss (##18 and 31) are DENIED.
7  Dated: June 1, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)

2